# United States District Court
## Violation Notice

CT50

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1746342 | Rivera | 4156 |

1746342

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 05/15/15 13:00 | 38 1.218(b)(4) |

Place of Offense: 950 Campbell Ave, West Haven CT 06516

Offense Description: Disorderly conduct creates loud, boisterous and unusual noise...

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Brown | Robert | |

Tag No. / State / Year / Make/Model / Color

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 250 Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ 275. Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address / Date (mm/dd/yyyy) / Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature] Robert Brown

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 15, 20 15 while exercising my duties as a law enforcement officer in the 50th District of Connecticut

SEE IR # 2015-05-15-1241-9552

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/15/2015  [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge